UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION
219 S. DEARBORN ST., CHICAGO, IL 60604

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 PROCEEDING |
| JOSEPH LAMARECA | ) | |
| | ) | CASE NO. 08 B 27394 |
| DEBTOR | ) | |
| | ) | HON. JACK B. SCHMETTERER |

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At: United States Bankruptcy Court, 219 S. Dearborn, Courtroom 682, Chicago, IL 60604

    On: **April 16, 2009**                                    Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---|
    | Receipts | $ 9,280.43 |
    | Disbursements | $ 3,295.97 |
    | Net Cash Available for Distribution | $ 5,984.46 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|
    | Allan J. DeMars, trustee | $ None | $1,349.34 | $ 6.20 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|
    | NONE | $ | $ | $ |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be none.

7. Claims of general unsecured creditors totaling $22,355.90 have been allowed and will be paid *pro rata* only

after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 20.70558%.

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 1 | Capital Recovery II, assignee of HSBC Retail | $ 4,887.98 | $1,012.09 |
| 2 | Capital Recovery II, assignee of HSBC Retail | 2,627.90 | 544.12 |
| 3 | T-Mobile USA, Inc. | 1,145.56 | 237.20 |
| 4 | GE Money Bank dba Paypal | 863.65 | 178.82 |
| 5 | PYOD LLC as assignee of Citibank | 12,830.81 | 2,656.69 |
|   |   | $22,355.90 | $4,628.92 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposes to abandon the following property at the hearing all of which is either subject to liens or has been claimed as exempt by the debtor: Savings account: $13.00; Furniture: $500.00; Collectibles: $200.00; Clothing: $100.00; IRA: $25,000.00; 2000 Ford Explorer: $3,710.00; 2006 Baja scooter: $200.00

Dated: **March 13, 2009**                                                                                              For the Court,

                                                                                        By: **KENNETH S. GARDNER**
                                                                                        Kenneth S. Gardner
                                                                                        Clerk of the U.S. Bankruptcy Court
                                                                                        219 So. Dearborn Street; 7th Floor
                                                                                        Chicago, IL 60604

Trustee:   Allan J. DeMars
Address:   100 W. Monroe - Suite 910
           Chicago, IL 60603
Phone No.: (312) 726-3377

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 1                  Date Rcvd: Mar 13, 2009
Case: 08-27394                 Form ID: pdf002              Total Served: 14

The following entities were served by first class mail on Mar 15, 2009.
db          +Joseph Lamarca,    4652 N. Sayre,    Harwood Heights, IL 60706-4848
12697934    +Arrow Financial Services,    5996 W Touhy Ave,    Niles, IL 60714-4610
12697935    +Atlantic Crd,    P O Box 13386,    Roanoke, VA 24033-3386
12697938    +CCB Credit Services,    5300 S 6th Street,    Frontage Road East,    Springfield, IL 62703-5184
12697939    +Citi,    Attn: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
12697941    +Citibank Na,    Attn.: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
12697942    +Dsnb Macys,    Attn: Bankruptcy,    6356 Corley Rd,    Norcross, GA 30071-1704
13057246     PYOD LLC its successors and assigns as assignee of,    Citibank,    Resurgent Capital Services,
              PO Box 10587,    Greenville, SC 29603-0587
12961094     T Mobile USA Inc,    Attn: Bankruptcy Dept.,    PO Box 53410,    Bellevue, Wa 98015-3410
12697944    +T-Mobile,    PO Box 53410,    Bellevue, WA 98015-3410

The following entities were served by electronic transmission on Mar 14, 2009.
12697937     E-mail/PDF: bankruptcynotices@bmwfs.com Mar 14 2009 06:53:07     Bmw Financial Services,
              Po Box 3608,    Dublin, OH 43016
12697943    +E-mail/PDF: gecsedi@recoverycorp.com Mar 14 2009 06:53:35     Gembppbycr,    Attention: Bankruptcy,
              Po Box 103106,    Roswell, GA 30076-9106
13000255    +E-mail/PDF: rmscedi@recoverycorp.com Mar 14 2009 06:54:37
              Recovery Management Systems Corporation,    For GE Money Bank,    dba PAYPAL,
              25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
12919440    +E-mail/PDF: rmscedi@recoverycorp.com Mar 14 2009 06:54:31
              Recovery Management Systems Corporation,    For Capital Recovery II,    As Assignee of HSBC RETAIL,
              25 SE 2nd Avenue, Suite 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12697936*   +Atlantic Crd,    P O Box 13386,    Roanoke, VA 24033-3386
12697940*   +Citi,    Attn: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
                                                                                              TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 15, 2009**              **Signature:** _Joseph Speetjens_