UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: JOSEPH LAMARCA           §   Case No. 08 B 27394
                                §
                                §
                                §
          Debtor(s)             §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

ALLAN J. DeMARS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $1,310.00 | Assets Exempt: | $31,700.00 |
| Total Distributions to Claimants: | $4,629.24 | Claims Discharged Without Payment: | $43,679.66 |
| Total Expenses of Administration: | $1,355.63 | | |

3) Total gross receipts of $9,280.84 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $3,295.97 (see **Exhibit 2**), yielded net receipts of $5,984.87 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (4/1/2009)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $1,355.63 | $1,355.63 | $1,355.63 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $48,362.00 | $22,355.90 | $22,355.90 | $4,629.24 |
| **TOTAL DISBURSEMENTS** | $48,362.00 | $23,711.53 | $23,711.53 | $5,984.87 |

    4) This case was originally filed under chapter __7__ on __10/13/2008__ [ *if applicable*, and it was converted to chapter 7 on _____ ]. The case was pending for __7__ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: __05/14/2009__    By: __/s/ ALLAN J. DeMARS__
                                         Trustee

**STATEMENT** : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (4/1/2009)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| savings bond | 1129-000 | $9,280.05 |
| interest on invested funds | 1270-000 | $0.79 |
| **TOTAL GROSS RECEIPTS** | | $9,280.84 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Joseph Lamarca | exemption | 8100-002 | $3,287.00 |
| International Sureties Ltd. | bond premium | 2300-000 | $8.97 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $3,295.97 |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | $0.00 | | | $0.00 |
| **TOTAL SECURED CLAIMS** | | $0.00 | | | $0.00 |

UST Form 101-7-TDR (4/1/2009)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Allan J. DeMars | 2100-000 | N/A | $1,349.34 | $1,349.34 | $1,349.34 |
| Allan J. DeMars | 2200-000 | N/A | $6.29 | $6.29 | $6.29 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | $1,355.63 | $1,355.63 | $1,355.63 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | $0.00 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | | | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | $0.00 | | | $0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | $0.00 | | | $0.00 |

UST Form 101-7-TDR (4/1/2009)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Arrow Financial Services | 7100-000 | $1,545.00 | | | |
| Capital Recovery II assignee of HSBC | 7100-900 | $4,888.00 | $4,887.98 | $4,887.98 | $1,012.16 |
| Capital Recovery II assignee of HSBC | 7100-900 | $2,628.00 | $2,627.90 | $2,627.90 | $544.16 |
| BMW Financial Services | 7100-000 | $11,588.00 | | | |
| CCB Credit Services | 7100-000 | $0.00 | | | |
| PYOD LLC as assignee of Citibank | 7100-900 | $12,830.00 | $12,830.81 | $12,830.81 | $2,656.87 |
| Citi | 7100-900 | $3,734.00 | | | |
| Citibank NA | 7100-900 | $5,000.00 | | | |
| DSNB Macy's | 7100-000 | $4,086.00 | | | |
| GE Money Bank | 7100-000 | $863.00 | $863.65 | $863.65 | $178.84 |
| T Mobile | 7100-000 | $1,200.00 | $1,145.56 | $1,145.56 | $237.21 |
| TOTAL GENERAL UNSECURED CLAIMS | | $48,362.00 | $22,355.90 | $22,355.90 | $4,629.24 |

UST Form 101-7-TDR (4/1/2009)

**EXHIBIT 8 - FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Case No. __08-27394__

Case Name: __JOSEPH LAMARCA__

For Period Ending: __2/27/09__

Trustee Name: __Allan J. DeMars__

Date Filed (f) or Converted (c): __10/13/08(F)__

$341(a) Meeting Date: __11/25/08__

Claims Bar Date: __2/26/09__

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§ 554(a) abandon DA=§ 554(c) abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | savings account | 13.00 | 0.00 | | | FA |
| 2 | furniture | 500.00 | 0.00 | DA | | FA |
| 3 | collectibles | 200.00 | 0.00 | DA | | FA |
| 4 | clothing | 100.00 | 0.00 | DA | | FA |
| 5 | IRA | 25,000.00 | 0.00 | DA | | FA |
| 6 | savings bond | 9,360.00 | 5,993.05 | | 9,280.05 | FA |
| 7 | 2000 Ford Explorer | 3,710.00 | 0.00 | DA | | FA |
| 8 | 2006 Baja scooter | 200.00 | 0.00 | DA | | FA |
| 9 | interest on invested funds | | | | 0.79 | |

TOTALS (Excluding unknown values)    5,993.05    9,280.84

(Total Dollar Amount in Column 6)

Major activities affecting case closing: turn over of proceeds of bond

Initial Projected Date of Final Report (TFR): __March, 2009__    Current Projected Date of Final Report (TFR): __2/27/08__

EXHIBIT 9 - FORM 2
CASH RECEIPTS AND DISBURSEMENT RECORDS

Case No.: 08-27394
Case Name: JOSEPH LAMARCA
Taxpayer ID#: 26-6657053
For Period Ending: 12/31/09

Trustee's Name: Allan J. DeMars
Bank Name: Bank of America
Initial CD #: CDI
Blanket bond (per case limit): 5,000,000
Separate bond (if applicable):
Money Market #: 375 555 1380

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 12/2/08 | Ref. 6 | Fidelity Brokerage Services | proceeds of liquidation of bond | 1129-000 | 9,280.05 | | 9,280.05 |
| 12/3/08 | | | bank service charge (Note: will be reversed) | | | 27.00 | 9,253.05 |
| 12/9/08 | Check 1001 | Joseph Lamarca | exemption in bond | 8100-002 | | 3,287.00 | 5,966.05 |
| 12/31/08 | Ref 9 | Bank of America | interest on invested funds | 1270-000 | 0.33 | | 5,966.38 |
| BALANCE CARRIED FORWARD | | | | | | | 5,966.38 |
| 1/9/09 | | | reversal of service charge | | | (27.00) | 5,993.38 |
| 1/31/09 | Ref 9 | Bank of America | interest on invested funds | 1270-000 | 0.05 | | 5,993.43 |
| 2/5/09 | Check 1002 | International Sureties, Ltd | bond premium | 2300-000 | | 8.97 | 5,984.46 |
| 2/28/09 | Ref 9 | Bank of America | interest on invested funds | 1270-000 | 0.05 | | 5,984.51 |
| 03/31/09 | Ref 9 | Bank of America | interest on invested funds | 1270-000 | 0.36 | | 5,984.87 |
| 4/16/09 | Check 1003 | Allan J. DeMars | trustee's fees | 2100-000 | | 1,349.34 | 4,635.53 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 4/16/09 | Check 1004 | Allan J. DeMars | reimbursement of expenses | 2200-000 | | 6.29 | 4,629.24 |
| 4/16/09 | Check 1005 | Capital Recovery II, assignee of HSBC | 726(a)(2); 20.70701% | 7100-000 | | 1,012.16 | 3,617.08 |
| 4/16/09 | Check 1006 | Capital Recovery II, assignee of HSBC | 726(a)(2); 20.70701% | 7100-000 | | 544.16 | 3,072.92 |
| 4/16/09 | Check 1007 | T-Mobile USA, Inc. | 726(a)(2); 20.70701% | 7100-000 | | 237.21 | 2,835.71 |
| 4/16/09 | Check 1008 | GE Money Bank dba Paypal | 726(a)(2); 20.70701% | 7100-000 | | 178.84 | 2,656.87 |
| 4/16/09 | Check 1009 | PYOD LLC as assignee of Citibank | 726(a)(2); 20.70701% | 7100-900 | | 2,656.87 | 0.00 |
| | | | COLUMN TOTALS | | 9,280.84 | 9,280.84 | 0.00 |
| | | | Less: Bank transfers/CD Subtotal | | | 3287.00 3287.00 | 0.00 0.00 |
| | | | Less: Payments to debtor(s) Net | | 5,993.84 | 5,993.84 | 0.00 |

```
TOTAL - ALL ACCOUNTS                    NET            NET
Checking#                            DEPOSITS      DISBURSEMENTS      BALANCES
Money Market # 375 555 1380          5,993.43        5,993.84           0.00
Savings #                                                               0.00
CD #CDI                                                                 0.00
Net                                  5,993.43        5,993.84           0.00
                                  Excludes account  Excludes payments  Total Funds
                                     transfers        to debtor         on Hand
```